RECEIVED

NOV 29 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIE F. BROWN, ET AL. | MISC. CASE NO. 16-mc-00076 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Julie F. Brown, as Personal Representative and Derivative Claimant; and Mary Fisk, Connie Boss, Allison Harvey and Glen Fisk, as Derivative Claimants of the Estate of Ralph G. Fisk, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE